**Kenneth L. FEHRMAN,
Plaintiff–Appellant,**

v.

**LOOMIS, FARGO & CO.; et al.,
Defendants–Appellees.**

No. 01–15889.

D.C. No. CV–98–01170–PMP/LRL.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2002 *.

Decided Aug. 16, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Kenneth L. Fehrman appeals pro se the district court's order granting defendants' motion to enforce a settlement agreement in Fehrman's Title VII action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion, *Doi v. Halekulani Corp.,* 276 F.3d 1131, 1137 (9th Cir.2002), and we affirm.

The district court did not abuse its discretion in finding that the parties reached an enforceable settlement agreement. *See Ahern v. Cent. Pac. Freight Lines,* 846 F.2d 47, 48–49 (9th Cir.1988).

Fehrman's remaining contentions lack merit.

Appellees' Motion to Dismiss the Appeal is denied as moot.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.